# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

|  |  |
|---|---|
| UNITED STATES OF AMERICA | |
| Plaintiff, | Case Number: 3:12-po-120 |
|  | Magistrate Judge Sharon L. Ovington |
| -vs- | |
| ROGER WINDER, | |
| Defendant. | |

## DISMISSAL ORDER

This matter was scheduled for Trial on November 7, 2012. Defendant paid the ticket collateral in the amount of $85.00 on October 11, 2012. Violation R3419906/OS10 issued July 9, 2012 is hereby DISMISSED.

October 30, 2012

                                                                 s/Sharon L. Ovington
                                                                        Sharon L. Ovington
                                                                 United States Magistrate Judge